(132 So. 58)

### Nannie C. POOL v. Roanne HART.

6 Div. 736.

Court of Appeals of Alabama.
April 22, 1930.

Rehearing Denied Nov. 5, 1930.

Fort, Beddow & Ray and G. Ernest Jones, all of Birmingham, for appellant.

Harsh & Harsh, of Birmingham, for appellee.

RICE, J.
Affirmed.